**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 22-12884-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

GABRIEL ALVAREZ

DEBTOR_____/

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE OF COURT GENERATED HEARING

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you muyst serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is ojected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 9 |
| **Claimant:** | Yamaha Motor Finance Corp |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

I CERTIFY that a true and correct copy of this Objection to Claim was served upon the parties listed below on June 12, 2023.

**Page 1 of 2**

OBJECTION TO CLAIM
CASE NO.: 22-12884-BKC-LMI

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/ _____
GIANNY BLANCO, ESQ.
FLORIDA BAR NO: 0078080

**COPIES FURNISHED TO:**

**VIA ELECTRONIC SERVICE**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

**BY U.S. FIRST CLASS MAIL**
YAMAHA MOTOR FINANCE CORP
PO BOX 2429
CYPRESS, CA  90630

YAMAHA MOTOR FINANCE CORP
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE , FL  32301