UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

GABRIEL ALVAREZ                           CASE NO.  22-12884-LMI
                                          CHAPTER 13

Debtor.
_____/

## RESPONSE TO OBJECTION TO CLAIM NO. 9

Creditor, Peritus Portfolio Services II, LLC, servicer for Yamaha Motor Finance Corporation USA ("Creditor"), by its undersigned attorneys, for its Response to the Chapter 13 Trustee's Objection to Claim No. 9, would state and show unto the Court that:

1. Debtor filed the original petition under Chapter 13 of the Bankruptcy Code on April 14, 2022.

2. Creditor holds an unsecured claim in the amount of $9,087.45 with respect to certain charges made by the Debtor on his charge account with Creditor, which is reflected in Creditor's Proof of Claim No. 9 filed on July 6, 2022.

3. The Chapter 13 Trustee has filed an Objection to Creditor's Proof of Claim 9 as being untimely filed.

4. Upon receiving the Trustee's Objection, Creditor reviewed its records and discovered that the claims deadline was mis-calendared, and the Proof of Claim was untimely filed as a result.

5. Contemporaneously with this Response, Creditor is filing a Motion to Allow the Late-Filed Proof of Claim.

1

6.  Accordingly, Creditor respectfully requests that the Proof of Claim be allowed as filed.

WHEREFORE, Creditor prays that the Objection to Claim No. 9 be denied and that the Court grant such other and further relief as shall deem to be proper.

/s/ Bertis A. Echols, III
Bertis A. Echols, III
Florida Bar Number 0063387
Attorneys for the Creditor Peritus Portfolio Services II, LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-6781
(901) 248-6854 (fax)
bechols@evanspetree.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Response to Objection to Claim No. 9 was furnished by electronic or First Class U.S. Mail postage prepaid to Debtor, Gabriel Alvarez, 581 W 79 St, Miami, FL 33014; Attorney for Debtor, Patrick L Cordero, Esq, 7333 Coral Way, Miami, FL 33155; Trustee, Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130, on this **29th** day of June, 2023.

/s/ Bertis A. Echols, III
Bertis A. Echols, III, Esquire
Florida Bar Number 0063387