

## ORDERED in the Southern District of Florida on September 14, 2023.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                                           CASE NO.: 22-12884-LMI
Gabriel Alvarez                                          CHAPTER 13
                **Debtor. /**

### ORDER SUSTAINING OBJECTION TO CLAIM #9-1 OF YAMAHA MOTOR FINANCE CORP DE #41

THIS CASE CAME before the Court on the consent calendar on September 12, 2023 upon the Debtor's Objection to Claim #9-1 filed by Yamaha Motor Finance Corp (DE#41), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #9-1 is **SUSTAINED.**

2. That Claim #9-1 is **STRICKEN AND DISALLOWED**, and shall not receive any payments from the Chapter 13 Estate.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.